UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-62297-CIV-MORENO**

EROL ETIENNE,

      Plaintiff,

vs.

DELIU, LLC. d/b/a CRUNCH FITNESS
OAKLAND PARK,

      Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 17)**, filed on **February 13, 2018**. In the notice, the parties stated that Plaintiff would file a notice of dismissal within ten days. To date, Plaintiff has not filed a notice of dismissal. Accordingly, it is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement for six months. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 of February 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record